# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

**SAMUEL J. HARPER** *et al.*                                                                                   **PLAINTIFFS**

**v.**                                                                              **CIVIL ACTION NO. 3:10CV-P735-S**

**OLDHAM COUNTY JAIL**                                                                                           **DEFENDANTS**

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, and being otherwise sufficiently advised, **IT IS ORDERED** that Plaintiffs' claims are **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

All pending motions are **DENIED as moot.**

There being no just reason for delay in its entry, this is a **final Order**.

The Court further **certifies** that an appeal of this action would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Date:

cc: Plaintiffs, *pro se*
    Defendants
    Oldham County Attorney
4411.008